Joseph Cacciatore, Appellant, v. Raymond Rovello and Mary Rovello, Appellees.

Gen. No. 41,168.

opinion filed June 19, 1940. Taylor, Cuttone, Partridge & Parker, for appellant; Ode L. Rankin, of counsel; no appearance for appellees. Opinion by JUSTICE BURKE. ''Not to be published in full.''